of New York against Edward Dietz. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. DURAND. In re BARTOLICIUS. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Proceeding by the People of the State of New York against Alphonse Durand. In the matter of Emil Bartolicius. A. Knox, for appellant. R. C. Taylor, for the People. No opinion. Order affirmed. Order filed.

PEOPLE v. GHIGGERI. (Supreme Court, Appellate Division, First Department. April 15, 1910.) Proceeding by the People of the State of New York against Gennaro Ghiggeri. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondents, v. HALE, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Proceeding by the People of the State of New York against William H. Hale. No opinion. Appeal withdrawn in open court. See, also, 136 App. Div. 664, 121 N. Y. Supp. 473.

PEOPLE v. LUPO. (Supreme Court, Appellate Division, First Department. April 15, 1910.) Proceeding by the People of the State of New York against Patrick Lupo. No opinion. Motion to dismiss appeal granted, Order filed.

PEOPLE v. RIPANDELLO. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Proceeding by the People of the State of New York against Joseph Ripandello. No opinion. Motion denied. Order filed. See, also, 134 App. Div. 952, 118 N. Y. Supp. 1130; 133 App. Div. 897, 118 N. Y. Supp. 1132.

PEOPLE v. SCHARFF. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Appeal from Court of General Sessions, New York County. Joseph Scharff was convicted of seduction, and he appeals. Reversed, and defendant discharged. Charles Goldzier, for appellant. Robert S. Johnstone, for the People.

PER CURIAM. The district attorney, upon the appeal in this action, stated that in consequence of the opinion of the Court of Appeals (198 N. Y. 110, 91 N. E. 376) he suggested to the court to reverse the judgment and discharge the prisoner. In view of that suggestion, the judgment appealed from is reversed, and the defendant discharged.

PEOPLE v. SCHMIDT. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Proceeding by the People of the State of New York against Charles Schmidt. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE ex rel. AMERICAN EXCH. NAT. BANK, Appellant, v. PURDY et al., Com'rs, Respondents. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Proceeding by the People of the State of New York, on the relation of the American Exchange National Bank, against Lawson Purdy and others, as Commissioners, etc. J. C. Palmer, for appellant. W. H. King, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 132 App. Div. 931, 117 N. Y. Supp. 1144.

PEOPLE ex rel. KEATING et al. v. BINGHAM. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Proceeding by the People of the State of New York, on the relation of William Keating and others, against Theo. A. Bingham. No opinion. Motion granted.

PEOPLE ex rel. LA CHICOTTE v. STEVENSON, Com'r. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Appeal from Special Term, New York County. Proceeding by the People of the State of New York, on the relation of Henry A. La Chicotte, against James W. Stevenson, as Commissioner, etc. From an order directing that Kingsley L. Martin, as Commissioner, etc., be added as a party defendant, relator appeals. Modified and affirmed. See, also, 57 Misc. Rep. 64, 108 N. Y. Supp. 160. J. Quintus Cohen, for appellant. Theodore Connoly, for respondent.

PER CURIAM. The order appealed from should be modified, by striking out the paragraph ordering "that Kingsley L. Martin, commissioner of bridges of the city of New York, be and he hereby is added as a party defendant, for the purpose of receiving the check in payment of costs and disbursements to be taxed, the proceeds of said check to be deposited by said Kingsley L. Martin in the treasury of the city of New York," and inserting in lieu thereof that Kingsley L. Martin, commissioner of bridges of the city of New York, be and he hereby is substituted in the place of James W. Stevenson as defendant herein, and, as so modified, affirmed, without costs. Settle order on notice.

PEOPLE ex rel. METROPOLITAN ST. RY. CO., Appellant, v. STATE BOARD OF TAX COM'RS, Respondent. (Supreme Court, Appellate Division, Third Department. March 25, 1910.) Proceeding by the People of the State of New York, on the relation of the Metropolitan Street Railway Company, against the State Board of Tax Commissioners. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. GOURLEY et al. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Proceeding by the People of the State of New York, on the relation of the New York Central & Hudson River Railroad Company, against James Gourley and others. No opinion. Motion for leave to appeal to the